

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

# MEMORANDUM
*Pro Se* Office

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2010
```

**To:** Docketing Unit

**From:** ___V.Jones_____, *Pro Se* Office, x0177

**Date memorandum prepared:** July 15th ᵗ 2010

**Notice received by Pro Se Office on :** July 14th 2010

| | | | |
|---|---|---|---|
| Stevens v Hanna et al | Docket #: | 10 Civ.3939 | (AKH) |
| Stevens v Dommes et al | Docket #: | 05 Civ.9589 | (AKH) |

Docket #:   Civ.   ( )
Docket #:   Civ.   ( )
Docket #:   Civ.   ( )

---

### *PLEASE NOTE THE FOLLOWING CHANGE OF ADDRESS ON THE COURT'S DOCKET*

**Name:**

**Street address:**

**City:**            **State:**

---

**Name:** Gerald Stevens                              **ID # :** 06-A-0760

**Street address:** Coxsackie Correctional Facility
                    P.O. Box 999

**City:** Coxsackie                **State:** NY 12051

PLEASE NOTE MY CHANGE OF ADDRESS, WHICH IS EFFECTIVE AS OF: July 9-20-10 _____. I HAVE NOTIFIED THE OTHER PARTIES TO MY ACTION.

NAME: MR. GERALD STEVENS        I.D.# 06A0760
ADDRESS: COXSACKIE CORR.
FACILITY P.O. BOX 999
COXSACKIE NY 12051-0999

NAME OF CASE(S):
STEVENS V. HANNA ET AL          DOCKET#: 1:10cv03939 AKH
_____         DOCKET#_____( )
_____         DOCKET#_____( )

[Stamp: 2010 JUL 14 5:01 RECEIVED SDNY PRO SE OFFICE]