DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GERALD STEVENS,

                    Plaintiff

        -against-

OFFICER K. HANNA, Et. Al,

                    Defendants.
-------------------------------------------------------------------x

**Notice of Motion to Dismiss**

~~09~~ Civ. 3939 (AKH)
10
Pro Se

     **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated

August 11, 2010, and all other prior pleadings and proceedings herein, the undersigned, on

behalf of defendant William Connolly, will move this Court, before the Honorable Alvin K.

Hellerstein, United States District Judge, at the Southern District of New York, United States

Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Rule 12(b)(6) of

the Fed. R. Civ. P. granting defendant's motion to dismiss William Connolly on the basis that

there is no allegation of his personal involvement in this matter, and for such other and further

relief as the Court deems just and proper.

Motion granted to the
extent that Plaintiff is
required to amend the
Complaint to allege personal
involvement, if any, by
September 16, 2010.

August 16, 2010

**PLEASE TAKE FURTHER NOTICE** that papers in response, if any, must be served and filed within 10 business days pursuant to Local Rule 6.1.

Dated: New York, New York
August 11, 2010

ANDREW M. CUOMO
Attorney General of the
State of New York
<u>Attorney for Defendant</u>
By:

JOHN E. KNUDSEN
Assistant Attorney General
120 Broadway
New York, New York 10271
(212) 416-8625

TO: Gerald Stevens, 06-A-0760
   Coxsackie Correctional Facility