

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/10

The time within which pl. may Reply is enlarged to Sep. 30, 2010, and not beyond.

8-24-10
/s/ AKH

to the Clerk of the Court
C/o Judge (AKH)
10 Civ. 3939

August 15, 2010

Dear Judge Hellerstein:

I am the plaintiff in the excessive force used at Fishkill Corr, Corr facility now at Coxsackie Corr. facility. the office that Represents the defendants Request an extension until August 11, 2010. I Received defendants answer and Request an extension of the Court to Rebuttal motion to dismiss.

in Coxsackie in order to utilize the Law Library an inmate must; put in a Request 1 one week a head to use the Law library the following week Sir. your honor not even then I may not get in to do a motion of facts to show just cause not to dismiss. do to (10 days time I'm told to Reply).

until September 14, 2010 the week end is on us by, by the time you Receive my Request Sir. I need time to interact into Law library and do my Rebuttal motion to the defendants motion Sir. with the above time of 14-20-10 I look forward to copies of exhaust Grievance to the court.

Sincerely yours,
mr. Gerald Stevens 06A0760
Coxsackie Corr, facility
p.o. Box 999
Coxsackie, new york 12051-0999

2010 AUG 23 A 11:38
RECEIVED
PRO SE OFFICE