The complaint states a legally sufficient claim against def'ts Hanna and Giordano. See the motion to amend is denied.
5-19-11
[initials]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

GERALD STEVENS,

        Plaintiff,

    -against-

OFFICER K. HANNA, Badge No. 0525.et.al..

        Defendant.

------------------------------------X

PROPOSED
MOTION FOR LEAVE TO
FILE AN AMENDED COMPLAINT

10-Civ-03939
(AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/11

        Plaintiff Gerald Stevens, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, requests leave to file an amended complaint to conform to the evidence.

1. Plaintiff in his original civil action complaint submitted vague and ambiguous pleadings which were confusing since pages 1-5 reuires reconstruction.

2. This Court should grant leave freely to amend a complaint. See. Foman v. Davis, 371 U.S. 178, 182 (1962): Ellis v. Chao, 336 F.3d 114, 127 (2d Cir. 2003): Fed. R. Civ. P. 15(a)(2); Ashcroft v. Iqbal, 556 U.S , 129 S. Ct. 1937, 1949 (2009)

3. Because the plaintiff's complaint is premised on legal conclusions and vague, conclusory allegations, this court should permit him to file an amended complaint within 10 days.

        Respectfully submitted:

        *Mr. Gerald Stevens 06A0760*

        GERALD STEVENS. pro se

        #
        Coxsackie Corr. Fac.