UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
GERALD STEVENS,

            Plaintiff,

   -against-

OFFICER K. HANNA, SUPERINTENDENT WILLIAM
CONNOLLY, and SERGEANT GIORDANO,

            Defendants.
------------------------------------------------------------- x

**SUMMARY ORDER**

10 Civ. 3939 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Gerald Stevens, a prisoner who proceeds *pro se*, has written to the Court seeking an order directing the Coxsackie Correctional Facility to give him more time in the prison law library. The request is denied.

    Stevens has a due process right to have access to the prison law library. See Bounds v. Smith, 430 U.S. 817, 821 (1977). But he cannot complain that he has been denied access without showing that he has suffered an "actual injury," defined as "actual prejudice with respect to contemplated or existing litigation, such as the inability to meet a filing deadline or present a claim." Gamble v. City of New York ex rel. NYC Dept. of Correction, 04 Civ. 10203, 2009 WL 3097239, at *6 (S.D.N.Y. Sept. 25, 2009). Stevens's request says nothing more than that he would like additional time in the library. That is insufficient. The request is denied.

    Upon docketing of the request, the Clerk shall terminate it.

    SO ORDERED.

Dated:    May 19, 2011
            New York, New York

                                    ALVIN K. HELLERSTEIN
                                    United States District Judge